# United States Bankruptcy Court

For The
Eastern District of North Carolina New Bern Division

SUSANNA P. WARNER  
307 BECTON CIRCLE  
GOLDSBORO, NC 27530

Case No.: 11-09680-8-RDD  
SS #1: XXX-XX-0656

## FINAL REPORT AND ACCOUNT

| | MO. | DAY | YR. |
|---|---|---|---|
| This case was commenced on | 12 | 22 | 11 |
| The Plan was confirmed on | 04 | 19 | 12 |
| The Case was concluded on | 07 | 16 | 14 |

Plan Completed

Your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements. Copies of these detailed records have been filed with the Court, or are attached hereto, and are incorporated by reference in this report.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors.  $  3,400.00

| DISBURSEMENTS TO CREDITORS CREDITOR'S NAME | CLAIM NUMBER | CLASSIFICATION | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | AMOUNT PAID INTEREST | BALANCE DUE |
|---|---|---|---|---|---|---|
| SUSANNA P. WARNER | 777 | Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| BANK OF AMERICA | 900 | Secured | 39,327.47 | 0.00 | 0.00 | DirectPay |
| BANK OF AMERICA | 902 | Secured | 0.00 | 0.00 | 0.00 | 0.00 |
| BANK OF AMERICA | 920 | Secured | 3,387.21 | 0.00 | 0.00 | DirectPay |
| BANK OF AMERICA | 922 | Secured | 0.00 | 0.00 | 0.00 | 0.00 |
| AMERICAN EXPRESS | 001 | Unsecured | 10,919.83 | 0.00 | 0.00 | 0.00 |
| FIA CARD SERVICES, N.A. | 002 | Unsecured | 10,631.23 | 0.00 | 0.00 | 0.00 |
| CANDICA LLC | 003 | Unsecured | 997.16 | 0.00 | 0.00 | 0.00 |
| BB&T | 004 | Unsecured | 7,829.34 | 0.00 | 0.00 | 0.00 |
| LOWES | 005 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| USAA FEDERAL SAVINGS BANK | 006 | Unsecured | 17,774.33 | 0.00 | 0.00 | 0.00 |
| WAYNE COUNTY TAX COLLECTO | 007 | Secured | 535.87 | 535.87 | 44.74 | 0.00 |
| USAA FEDERAL SAVINGS BANK | 008 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| BECKET & LEE | 009 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| PROBER & RAPHAEL | 010 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| CANDICA LLC | 011 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| PROBER & RAPHAEL | 012 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| PROBER & RAPHAEL | 013 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| RICHARD M STEARNS | XFR-TR | Admin | 0.00 | 0.00 | 0.00 | 0.00 |

# United States Bankruptcy Court
For The
Eastern District of North Carolina New Bern Division

SUSANNA P. WARNER  
307 BECTON CIRCLE  
GOLDSBORO, NC 27530

Case No.: 11-09680-8-RDD  
SS #1: XXX-XX-0656

## FINAL REPORT AND ACCOUNT

| | MO. | DAY | YR. | | | MO. | DAY | YR. | | | MO. | DAY | YR. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| This case was commenced on | 12 | 22 | 11 | The Plan was confirmed on | | 04 | 19 | 12 | The Case was concluded on | | 07 | 16 | 14 |

Plan Completed

Your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements. Copies of these detailed records have been filed with the Court, or are attached hereto, and are incorporated by reference in this report.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors.           $       3,400.00

| DISBURSEMENTS TO CREDITORS | CLAIM | CLASSIFICATION | AMOUNT | AMOUNT PAID | | BALANCE |
| CREDITOR'S NAME | NUMBER | | ALLOWED | PRINCIPAL | INTEREST | DUE |
|---|---|---|---|---|---|---|
| SUSANNA P. WARNER | 999 | Refund | 164.91 | 164.91 | 0.00 | 0.00 |

SUMMARY OF CLAIMS ALLOWED AND PAID:

| | SECURED | PRIORITY | GENERAL | LATE | SPECIAL | TOTAL | |
|---|---|---|---|---|---|---|---|
| AMOUNT ALLOWED | 43,250.55 | 0.00 | 48,151.89 | 0.00 | 164.91 | 91,567.35 | TOTAL PAID PRINCIPAL AND INTEREST |
| PRINCIPAL PAID | 535.87 | 0.00 | 0.00 | 0.00 | 164.91 | 700.78 | |
| INTEREST PAID | 44.74 | 0.00 | 0.00 | 0.00 | 0.00 | 44.74 | 745.52 |

OTHER DISBURSEMENT UNDER ORDER OF COURT

| DEBTOR'S ATTORNEY | FEE ALLOWED | FEE PAID |
|---|---|---|
| ADRIAN M. LAPAS, P.A. | 3,000.00 | 2,507.00 |

| COURT COSTS AND OTHER EXPENSES OF ADMINISTRATION | FILING FEE AND DEPOSIT | ADDITIONAL CHARGES | | TRUSTEE | | OTHER COST | |
| | | CLERK'S CHARGES | .25 EACH CLAIM OVER 10 | EXPENSE FUND | COMPENSATION FUND | | |
|---|---|---|---|---|---|---|---|
| | 0.00 | 0.00 | | 73.90 | 73.58 | 0.00 | 147.48 |

WHEREFORE, your Petitioner prays that a Final Decree be entered discharging your Petitioner as Trustee and releasing your Petitioner and The Trustee's surety from any and all liability on account of the within proceedings, and closing the estate, and for such other and further relief as is just. Pursuant to FRBP 5009, I hereby certify that the above captioned case has been fully administered.

Dated: 09/20/2014            Richard M. Stearns  
                            1015 Conference Dr.  
                            Greenville, NC  27858